Sydney I. BRADSHAW, Plaintiff, Appellant,

v.

Lisa BELISLE, Dr.; Donna Hames; Sharon, Ms.; Allen Ruggles, Individually and in his Official Capacity; Linda Barr, Individually and in her Official Capacity; Cumberland County Jail; Darren Johnson; Lori, Nurse; Kaite, Nurse; Cunnings, Co.; Prison Health Services, Inc.; Dickey, Co., Defendants, Appellees.

No. 00–2577.

United States Court of Appeals, First Circuit.

July 25, 2001.

Sydney I. Bradshaw, on brief, pro se.

James E. Fortin and Douglas, Denham, Buccina & Ernst on Appellees' Motion for Summary Disposition (With Incorporated Supporting Memorandum).

John J. Wall, III and Cumberland County Appellees and Monaghan Leahy, LLP on Cumberland County Appellees' Motion to Join in Appellees' Motion for Summary Disposition (With Incorporated Memorandum of Law).

Before TORRUELLA, Circuit Judge, CAMPBELL and STAHL, Senior Circuit Judges.

PER CURIAM.

We have reviewed the parties' briefs and the record on appeal. We *affirm* the district court judgment dismissing appellant's complaint, essentially for the reasons stated in the magistrate judge's recommended decision, dated October 23, 2000, which the district court accepted on November 6, 2000.

*Affirmed.*